*For reversal and remandment*—Chief Justice RABNER, Justices LaVECCHIA, ALBIN, PATTERSON and SOLOMON—5.

*Not Participating*—Justice FERNANDEZ–VINA and Judge CUFF (temporarily assigned)—2.

*Opposed*—None.

128 A.3d 1113

IN THE MATTER OF JAY I. LAZEROWITZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 030861983).

January 27, 2016.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension from practice of **JAY I. LAZEROWITZ** of **GLEN ROCK,** who was admitted to the bar of this State in 1983, and good cause appearing;

It is ORDERED that **JAY I. LAZEROWITZ** is temporarily suspended from the practice, of law, effective immediately and until the further Order of this Court;  and it is further

ORDERED that **JAY I. LAZEROWITZ** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **JAY I. LAZEROWITZ** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown pending the further Order of this Court; and it is further

ORDERED that **JAY I. LAZEROWITZ** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.